# United States District Court

_____ CENTRAL _____ DISTRICT OF _____ CALIFORNIA _____

UNITED STATES OF AMERICA
V.
GILBERTO ROMERO

(Name and Address of Defendant)

CRIMINAL COMPLAINT

CASE NUMBER: 08 0892M

FILED
CLERK, U.S. DISTRICT COURT
APR 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 15, 2001__ in __Los Angeles__ county in the __Central__ District of __California__ defendant(s) did, willfully, knowingly, and unlawfully travel in interstate commerce from the State of California to Mexico, with the intent to avoid prosecution for the crime of Murder, in violation of the California Penal Code section 187, a felony in the State of California, for which Gilberto Romero was charged in arrest warrant number BA218601, issued by the Superior Court of California, County of Los Angeles, on June 12, 2001, In violation of Title __18__ United States Code, Section(s) __1073__.

Moreover, defendant continues to violate Title 18, United States Code, Section 1073 by refusing to return to the State of California to face his prosecution for the crime of murder.

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

(SEE ATTACHMENT)

Continued on the attached sheet and made a part hereof: ☒Yes ☐No

Signature of Complainant
Michael J. DePasquale
Special Agent - FBI

Sworn to before me and subscribed in my presence,

April 10, 2008
Date

at Los Angeles, California
City and State

U.S. Magistrate Judge
Name & Title of Judicial Officer
Patrick J. Walsh

Signature of Judicial Officer

ATTACHMENT

I, MICHAEL J. DEPASQUALE, being duly sworn, hereby depose and say:

1. I am a Special Agent of the Federal Bureau of Investigation, United States Department of Justice ("FBI"). I have been so employed for the past four years. I have been a member of the joint FBI/Los Angeles Police Department ("LAPD") Fugitive Task Force for almost two-and-a-half years. In that capacity, I have participated in approximately thirty to forty fugitive investigations.

2. This affidavit is made in support of a criminal complaint and a probable cause arrest warrant for GILBERTO ROMERO ("ROMERO") for Unlawful Flight to Avoid Prosecution in violation of Title 18, United States Code, Section 1073. The information contained herein is based on my participation in this investigation, as well as my conversations with other law enforcement officers and my review of various law enforcement documents.

3. In October, 2007, I was advised by Detective Jose Carillo of LAPD's Northeast Division, Homicide Bureau, of the following facts:

    a. On May 15, 2001, Mark Anthony Fontan was shot multiple times with a handgun in Los Angeles, California. Fontan died as a result of the injuries sustained from the gunshot

1

wounds. LAPD investigation revealed that ROMERO, a documented "Dogtown" gang member and Mexican National, was the shooter in this murder.

  b. On June 12, 2001, the Superior Court of California, County of Los Angeles, issued warrant number BA218601 charging ROMERO with murder, a felony, in violation of section 187 of the California Penal Code.

  4. In December 2007, a member of ROMERO's family, who wished to keep his/her specific identity confidential, advised FBI agents that ROMERO fled to Mexico shortly after the murder and was still in Mexico. Further, ROMERO told this family member after his flight, "Something has recently happened and I needed to get out of town."

  5. In March 2008, I received a letter from the Los Angeles County District Attorney's Office ("DA's Office") agreeing to extradite ROMERO and, along with the LAPD, asking the FBI to assist in locating ROMERO and return him to the United States.

//
//
//
//
//
//
//

6. Based on the information set forth above and my experience in conducting fugitive investigations, I believe that there is probable cause to believe that ROMERO fled the State of California with the intent to avoid prosecution for the crime of murder and that there is probable cause for the issuance of an arrest warrant for GILBERTO ROMERO for violation of Title 18, United States Code, Section 1073, Unlawful Flight to Avoid Prosecution.

MICHAEL J. DEPASQUALE
Special Agent-FBI

Subscribed and sworn to before me on this 10 day of April, 2008

THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

3